HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
LASHAWN SEABORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-0098-CKD |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) STATUS CONFERENCE |
| LASHAWN SEABORN, | ) New Date: April 22, 2021 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ALSTYN BENNETT, Assistant Federal Defender LINDA C. ALLISON attorney for LASHAWN SEABORN that the Court continue the status conference currently set for January 28, 2021 to April 22, 2021 at 9:30 a.m.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial. Counsel needs additional time to collect additional documentation from Ms. Seaborn, to discuss the current plea offer, and to conduct further negotiations between her client and the government.

/ / /

/ / /

/ / /

/ / /

-1-

The parties stipulate that, for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through April 22, 2021, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED:  January 26, 2021                              Respectfully submitted,

                                                     HEATHER WILLIAMS
                                                     Federal Defender

                                                     /s/ Linda Allison
                                                     LINDA ALLISON
                                                     Assistant to the Federal Defender
                                                   Attorney for Defendant
                                                   LASHAWN SEABORN

Dated:  January 26, 2021                              McGREGOR W. SCOTT
                                                   United States Attorney

                                                   /s/ Linda C. Allison for
                                                   ALSTYN BENNETT
                                                   Assistant United States Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, from the date of this order, up to and including April 22, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

It is further ordered that status conference hearing on January 28, 2021 shall be vacated and continued to April 22, 2021 at 9:30 a.m.

Dated:  January 26, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE